No. 1767, Misc. WILLIAMS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. *Arlen D. Nickowitz* for respondent.

No. 1769, Misc. GOFF *v.* VETERANS ADMINISTRATION. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1770, Misc. SILVER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1776, Misc. HAMMER *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 1777, Misc. WATSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1782, Misc. WEAVER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *George W. Shadoan* for petitioner. *Solicitor General Griswold* for the United States.

No. 1783, Misc. WILLIAMS *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1794, Misc. LEE *v.* ALABAMA. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *W. Mark Anderson III,* Special Assistant Attorney General, for respondent.

No. 1787, Misc. CHARLAND *v.* NORGE DIVISION, BORG-WARNER CORP., ET AL. C. A. 6th Cir. Certiorari denied. *Robert W. Murphy* for respondent Norge Division, Borg-Warner Corp.